**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

**AIDEN JONES**                                                              **PLAINTIFF**

**V.**                          **CASE NO. 2:25-CV-2015**

**TIM GRIFFIN (Arkansas Attorney General);
JUDGE SARAH CAPP
(Municipal Court Judge, Clarksville, Arkansas);
JUDGE FRED KIRKPATRICK (Special Judge, Ret.);
PROSECUTING ATTORNEY STEVEN G. HIGGINS
(Johnson County, Arkansas)**                                    **DEFENDANTS**

<u>**ORDER**</u>

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 19) filed in this case on June 13, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Plaintiff did not file objections to the R&R, and the time to do so has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**. Upon preservice screening under 28 U.S.C. § 1915(e)(2), Plaintiff's claims against Judge Sarah Capp and Judge Fred Kirkpatrick are **DISMISSED WITHOUT PREJUDICE**, and they are **TERMINATED** as Defendants in this case. Further, Plaintiff's facial and "as applied" challenges to Arkansas Code § 5-71-217 remain for service and further review against Defendants Griffin and Higgins. Finally, Plaintiff's Motion for Emergency Injunction and Temporary Restraining Order (Doc. 6) is **DENIED AS MOOT** based on the dismissal of the charges against him in *State v. Aiden Jones*, Case No. CKC-24-172. The case remains referred to the Magistrate Judge for all other matters.

1

**IT IS SO ORDERED** on this 7th day of July, 2025.


_/s/ Timothy L. Brooks_
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE